# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 1, 2024

_____

## DOCKET CORRECTION NOTICE

_____

No. 24-4223,  <u>US v. Jamique Mays</u>
2:22-cr-00123-JAG-DEM-1

TO:  Jamique Mays

BRIEF OR JOINT APPENDIX CORRECTION DUE:  October 4, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [✓] Digital files not received. If Box.com link has been disabled, request new link from clerk's office before filing.

Paige L. Ballard, Deputy Clerk
804-916-2702